## TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-12889

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Millie Gail Hirales<br><br>           Debtor.<br><hr>Mortgage Electronic Registration Systems, Inc., solely as nominee for America's Servicing Company its successors and/or assigns.<br><br>           Movant,<br>vs.<br><br>Millie Gail Hirales, Debtor; Roger W. Brown, Trustee.<br><br>           Respondents. | No. 2:09-bk-09217-RTB<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br>RE: Real Property Located at<br>4644 47th St.<br>San Diego, CA 92115 |

       Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtor by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 18th day of May, 2009.

                                        Respectfully submitted,

                                        TIFFANY & BOSCO, P.A.

                                        BY /s/ MSB # 010167
                                                   Mark S. Bosco
                                                   Leonard J. McDonald
                                                   Attorney for Movant

<u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

Millie Gail Hirales filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Roger W. Brown was appointed trustee of the bankruptcy estate. Debtor has an interest in that certain real property located in County, CA, more particularly described as:

> LOT 887 OF TALMADGE PARK ESTATES, IN THE CITY OF SAN DIEGO, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO THE MAP THEREOF NO. 2104, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, APRIL 23, 1928.

Debtor executed a Note secured by a Deed of Trust, dated July 18, 2006, recorded in the office of the San Diego County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

Movant is the holder of the Note and owner of the beneficial interest in the Deed of Trust and is the real party in interest. The Mortgage Electronic Registration Systems, Inc. Servicer Identification Number is attached hereto as Exhibit "C".

Debtor is in default on the obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after September 1, 2008.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtor failure to make payments on a timely basis.

Debtor is currently in default and contractually due for September 1, 2008. The current default amount is set forth below:

| | |
|---|---:|
| 9 Monthly Payments at $3,764.14 | $33,877.26 |
| (September 1, 2008-May 1, 2009) | |
| Accrued Late Charges | $ 1,226.08 |
| Other fees due | $ 62.50 |
| Corporate Advance | $ 146.25 |
| Motion for Relief filing fee | $ 150.00 |
| Attorney Fees Due | $ 800.00 |
| Total amount due | $36,262.09 |

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 4644 47th St. , San Diego, CA.  The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtor, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtor and/or successors of Debtor; and to obtain ownership, possession and control of the Property.

DATED this 18th day of May, 2009.

TIFFANY & BOSCO, P.A.


By  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016
    Attorneys for Movant