William M. Spence, Esq. SBN 002728
*BILL SPENCE, LTD.*
500 West Ray Road, Suite 1
Chandler, Arizona 85225
Telephone: (480) 786-8095
Facsimile: (480) 732-9202
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re | In Proceedings Under Chapter 7 |
|---|---|
| MILLIE GAIL HIRALES, | Case No. 2:09-bk-09217-RTB |
| Debtor. | MOTION TO ABANDON INTEREST IN PROPERTY |

Debtor, Millie Gail Hirales, through counsel of record undersigned, reports that at the time of filing for relief under Chapter 7, debtor estate included the following property:

**Description of Property:** 2019 W. Lemon Tree Place, #1152, Chandler, AZ 85224

**Name and Address of Secured Creditor:** Curtis Management, 745 N. Gilbert Rd., #124-269, Gilbert, AZ 85234

**Estimated Value of the Property:** $118,500.00

**Balance Due:** $1,956.98

**Balance due on all other liens on the Property:** $145,597.47

**Description of Property:** 4644 47th Street, San Diego, CA 92115

**Name and Address of Secured Creditor:** Americas Servicing Company, 8380 Stagecoach Cir. Frederick, MD 21703

**Estimated Value of the Property:** $472,500.00

**Balance Due:** $477,221.63

**Balance due on all other liens on the Property:** $75,985.00

**Other Information:** There is currently a listing contract on this property for a short sale.

1. WHEREFORE, Debtor respectfully requests that the foregoing property be
2. abandoned as property of the estate in accordance with 11 U.S.C. §554, and
3. Bankruptcy Rule 6007(b).
4.     Any objections to this abandonment must be filed within fifteen (15) days from
5. the date this Motion was filed. If no written objection is received, an order approving the
6. abandonment may be entered.
7. Dated this 30th day of June, 2009.
8.
9.                             BILL SPENCE, LTD
10.
11.                             /s/   William M. Spence, # 002728
12.                             William M. Spence
                              Attorney for Millie Gail Hirales
13. COPY of the foregoing mailed this
14. 30th day of June, 2009 to:
15. U. S. Trustee
16. 230 North 1st Avenue, Ste. 204
Phoenix, AZ 85003
17. Roger W. Brown, Trustee
P.O. Box 32967
Phoenix, AZ 85064
18.
19. Americas Servicing Co
8480 Stagecoach Drive
20. Frederick, MD 21703

Bank of America
21. American Express
P.O. Box 17054
22. Wilmington, DE 19884

Bank of America
23. Visa
P.O. Box 15026
24. Wilmington, DE 19850-5026
25.

2

1. Capital One
   P.O. Box 30285
   Salt Lake City, UT 84130

2. Chase Mastercard
   P.O. Box 15298
   Wilmington, DE 19850

3. Chase Visa
   800 Brooksedge Blvd.
   Westerville, OH 43081

4. Countrywide Home Loans
   450 American Street
   Simi Valley, CA 93065

5. Curtis Management
   Casa Tierra
   745 N. Gilbert Rd., #124-269
   Gilbert, AZ 85234

6. Macy's
   P.O. Box 8066
   Mason, OH 45040

7. NCB NE ER
   4661 E. Main Street
   Columbus, OH 43213

8. San Diego County Treasurer
   P.O. Box 129009
   San Diego, CA 92112

9. Select Portfolio Servicing
   10401 Deerwood Par
   Jacksonville, FL 32256

10. Shell Vacation Club
    P.O. Box 78843
    Phoenix, AZ 85062

11. Tri City Property Management
    Villas at Savona
    760 S. Stapley Drive
    Mesa, AZ 85204

1  Wells Fargo
2  Home Mortgage
3  P.O. Box 10335
4  Des Moines, IA 50306
5  
6  Wyndham
7  10750 W. Charleston Blvd., Ste. 130
8  Las Vegas, BNV 89135
9  
10 By: /s/ William M. Spence
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25